SCWC-11-0000097

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

GEOFFREY WOODHALL, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000097; 3P7-10-00945)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Geoffrey Woodhall's application for writ of certiorari filed on December 18, 2012, is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, January 25, 2013.

Taryn R. Tomasa                     /s/ Mark E. Recktenwald
for petitioner

                                    /s/ Paula A. Nakayama
Linda L. Walton
for respondent                      /s/ Simeon R. Acoba, Jr.

                                    /s/ Sabrina S. McKenna

                                    /s/ Richard W. Pollack

